IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACQUEZ DADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHITTY, *et al.*, ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:19-CV-2815-C |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's claims against Defendants Michael Chitty and Ronald Herrington should be dismissed under 28 U.S.C. §§ 1915A and 1915(e). The Magistrate Judge has further advised that Plaintiff's claims against Officer Jason Tidwell should be dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994).[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's claims against Defendants Michael Chitty and Ronald Herrington are hereby **DISMISSED** pursuant to 28 U.S.C. §§ 1915A and 1915(e). Furthermore, Plaintiff's claims

---

[1] Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions and Recommendation and the time to do so has now expired.

against Officer Jason Tidwell are hereby **DISMISSED** pursuant to *Heck v. Humphrey*.

SO ORDERED this 20th day of April, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE